### 15218.   JONES v. THE STATE.

BLOODWORTH, J.   There is no merit in any of the assignments of error in the petition for certiorari, and the judge of the superior court did not err in passing the following order: "Upon hearing the within certiorari the same is overruled, the conviction in the trial court affirmed, and a new trial denied." See Jones v. State, ante, 7.

> Judgment affirmed. Broyles, C. J., and Luke, J., concur.

DECIDED MARCH 6, 1924. REHEARING DENIED APRIL 15, 1924.

Certiorari; from Fulton superior court—Judge Humphries. November 12, 1923.

Application for certiorari was denied by the Supreme Court.

Paul L. Lindsay, for plaintiff in error.

John A. Boykin, solicitor-general, Roy Dorsey, solicitor, E. A. Stephens, contra.